UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

LAWRENCE YOUNG, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiffs,

   - against -

VANDERBILT LAKE SIDE, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No.:1:19-cv-08697-PAE-JLC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

 Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Date:  February 24, 2020

_____
Darryn G. Solotoff, Esq.
**THE LAW OFFICES OF**
**DARRYN SOLOTOFF PLLC**
100 Quentin Roosevelt Blvd., #208
Garden City, New York 11530
E-mail:  ds@lawsolo.net
Phone:  (516) 695-0052
*Attorneys for Plaintiff*

_____
Shira M. Blank, Esq.

**EPSTEIN, BECKER & GREEN, P.C.**
875 Third Avenue
New York, NY 10022
Email:  sblank@ebglaw.com
Phone:  (212) 351-4694
*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Paul A. Engelmayer, U.S.D.J.

Date:  __February 25, 2020_____

17